United States District Court
District of Minnesota
Civil No. 19-1098(DSD/KMM)

Haley M.,

       Plaintiff,

v.                                                      **ORDER**

Andrew Saul, Commissioner
Of Social Security,

       Defendant.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Katherine Menendez dated May 11, 2020. No objections have been filed to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 16] is adopted in its entirety;

2. Plaintiff's motion for summary judgment [ECF No. 12] is denied;

3. Defendant's motion for summary judgment [ECF No. 14] is granted; and

4. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 10, 2020

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court